B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Hawaii

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Laser Eye Center of Hawaii LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **99-0357549** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1600 Kapiolani Boulevard, Suite 105, Honolulu, Hawaii** ZIP CODE **96814** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Honolulu** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- ☑ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition  *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Laser Eye Centr of Hawaii LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: District of Hawaii | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)   (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Laser Eye Centr of Hawaii LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X _/s/ Jerrold K. Guben_____
Signature of Attorney for Debtor(s)
Jerrold K. Guben
Printed Name of Attorney for Debtor(s)
O'Connor Playdon & Guben LLP
Firm Name
733 Bishop Street, Suite 2400
Honolulu, HI 96813
Address
(808) 524-8350; Email: jkg@opglaw.com
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Ernest K. Oshiro
Printed Name of Authorized Individual
Manager
Title of Authorized Individual
4/15/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# WRITTEN CONSENT OF
# THE MANAGERS OF
## LASER EYE CENTER OF HAWAII LLC,
### a Hawaii limited liability company

The undersigned Managers of Laser Eye Center of Hawaii LLC, a Hawaii limited liability company (the "Company"), acting pursuant to authority granted by the laws of the State of Hawaii and the Operating Agreement of the Company dated as of November 20, 2001, as amended (the "Operating Agreement"), do hereby adopt the following resolutions by written consent (capitalized terms not defined herein shall have the meaning attributed to them in the Operating Agreement):

### BANKRUPTCY FILING

WHEREAS, the Managers, after reviewing the financial condition of the Company, have represented to the Members that the Company cannot pay its debts as they mature. Based upon this discussion, the Managers and the Majority in Interest of the Members resolve as follows:

RESOLVED, that the Managers be authorized and directed to file a voluntary petition in the appropriate court on behalf of the Company seeking relief under Chapter 11 of the United States Bankruptcy Code, Title 11 of the United States Code. The Managers are further authorized to execute said documents and to take such actions as may be necessary and appropriate to effectuate a plan of reorganization for the Company. The Managers are further authorized to employ Jerrold K. Guben of O'Connor Playdon & Guben LLP, as bankruptcy counsel for representation of the Company in the bankruptcy proceedings.

FURTHER RESOLVED, that any one of the Managers, Dennis M. Kuwabara, Miles Fujinaka, Ernest Oshiro, Chris Yamamoto, is authorized, as the responsible person, to execute documents and to take actions as may be necessary or appropriate to effectuate a plan of reorganization for the Company.

IN WITNESS WHEREOF, the undersigned Managers of the Company have hereunto executed this Written Consent as of date set forth next to such Manager's name, below.

November 19, 2010

_____
Ernest K. Oshiro
Manager

| Debtor: Laser Eye Center of Hawaii LLC | Case No. (if known): |
|---|---|
| | Chapter 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 AMO Sales & Service, Inc.<br>1700 E. St. Andrew Pl.<br>Santa Ana, CA 92705 | Janet Vaught<br>AMO Sales & Service, Inc.<br>2601 Main St., Suite 1300<br>Irvine, CA 92614<br>949-862-3869 | Laser licensing fees, patient interfaces and service contract | | $67,120 |
| 2 The Eye Group, Inc.<br>615 Piikoi Street, Suite 205<br>Honolulu, HI 9681 | Tyrie L. Jenkins, M.D.<br>615 Piikoi Street, Suite 205<br>Honolulu, HI 96814<br>808-591-9911 | Surgeon fees | | $64,350 |
| 3 The Eye Group, Inc.<br>95-720 Lanikuhana Ave., Suite 110<br>Mililani, HI 96789 | Carlos A. Omphroy, M.D.<br>95-720 Lanikuhana Ave., Suite 110<br>Mililani, HI 96789<br>808-625-5577 | Surgeon fees | | $31,150 |
| 4 Hawaiian Telcom Yellow Pages<br>P.O. Box 6000<br>Dayton, OH 45401-6000 | Hawaiian Telcom Yellow Pages<br>P.O. Box 6000<br>Dayton, OH 45401-6000<br>1-866-813-0745 | Yellow page ads | | $9,067 |
| 5 Pan Am I, LLC<br>Mail Code 61164<br>P.O. Box 1300<br>Honolulu, HI 96807-1300 | Denise Ching<br>1600 Kapiolani Blvd., Suite 1006<br>Honolulu, HI 96814<br>808-944-8100 | Rent | | $20,370 |
| 6 Yellow Book<br>P.O. Box 3162<br>Cedar Rapids, IA 54206 | Yellow Book Pacific<br>P.O. Box 66062<br>Dallas, TX 75266-0062<br>1-800-929-3556 | Yellow page ads | | $8,133 |
| 7 Business Consulting Resources<br>116 S. Hotel St., Suite 204<br>Honolulu, HI 96813-3103 | Laurie Foster<br>116 S. Hotel St., Suite 204<br>Honolulu, HI 96813-3103<br>808-545-4111 | Consulting fees | | $1,584 |
| 8 IKON Financial Services<br>P.O. Box 9115<br>Macon, GA 31208-9115 | IKON Financial Services<br>P.O. Box 650073<br>Dallas, TX 75265-0073<br>1-800-595-1011 | Copier lease | | $1,441 |
| 9 Technolas US LLC<br>3365 Tree Court Industrial Blvd.<br>St. Louis, MO 63122 | Technolas US LLC<br>3365 Tree Court Industrial Blvd.<br>St. Louis, MO 63122<br>1-888-704-3601 | Equipment maintenance | | $873 |
| 10 Ty's Tropicals, Inc.<br>99-970 Kaulainahee Pl.<br>Aiea, HI 96701 | Ty's Tropicals, Inc.<br>99-970 Kaulainahee Pl.<br>Aiea, HI 96701<br>808-488-0716 | Aquarium maintenance | | $400 |

| Debtor: Laser Eye Center of Hawaii LLC | | Case No. (if known): Chapter 11 | | |
|---|---|---|---|---|
| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| 11 Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747 | Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747<br>1-800-472-4346 | Medical supplies | | $335.10 |
| 12 Cardinal Health<br>7000 Cardinal Pl., Metro 3<br>Dublin, OH 43017-1091 | Cardinal Health<br>P.O. Box 100316<br>Pasadena, CA 91189-0316<br>1-800-320-3973 | Medical supplies | | $251.32 |
| 13 Hawaii Bio Waste Systems<br>1084 Puuwai St.<br>Honolulu, HI 96819 | Hawaii Bio Waste Systems<br>1084 Puuwai St.<br>Honolulu, HI 96819<br>808-841-1240 | Medical waste disposal service | | $70 |
| 14 Federal Express<br>P.O. Box 332<br>Memphis, TN 38194 | Federal Express<br>P.O. Box 332<br>Memphis, TN 38194<br>1-800-622-1147 | Shipping service | | $23 |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: November 19, 2010

/s/ _____
Signature

Ernest K. Oshiro, Manager
Print Name and Title

AMO Sales & Service, Inc.
Attn: Janet Vaught
AMO Sales & Service, Inc.
2601 Main St., #1300
Irvine, CA 92614


The Eye Group, Inc.
Attn: Tyrie L. Jenkins, M.D.
615 Piikoi St., #205
Honolulu, HI 96814


The Eye Group, Inc.
Attn: Carlos A. Omphroy, M.D.
95-720 Lanikuhana Ave., #110
Mililani, HI 96789


O'Connor Playdon & Guben LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu HI 96813–4070


Pan Am I, LLC
Attn: Denise Ching
1600 Kapiolani Blvd., #1006
Honolulu, HI 96814


Porter Tom Quitiquit Chee & Watts
841 Bishop St., #2125
Honolulu, HI 96813


Tatsuno, Lance, CPA
1164 Bishop St., #1410
Honolulu, HI 96813


Hawaiian Telcom Yellow Pages
P.O. Box 6000
Dayton, OH 4541-6000


Yellow Book
P.O. Box 3162
Cedar Rapids, IA 54206

Business Consulting Resources  
116 S. Hotel St., #204  
Honolulu, HI 96813-3103


IKON Financial Services  
P.O. Box 9115  
Macon, GA 31208-9115


Technolas US LLC  
3365 Tree Court Industrial Blvd.  
St. Louis, MO 63122


Ty's Tropicals, Inc.  
99-970 Kaulainahee Pl.  
Aiea, HI 96701


Henry Schein  
135 Duryea Rd.  
Melville, NY 11747


Cardinal Health  
7000 Cardinal Pl., Metro 3  
Dublin, OH 43017-1091


Hawaii Bio Waste Systems  
1084 Puuwai St.  
Honolulu, HI 96819


Federal Express  
P.O. Box 332  
Memphis, TN 38194


Chris K. Yamamoto, O.D.  
2024 N. King Street, Suite 105  
Honolulu, HI 96819

| Name, Address, Phone, Fax, Email of Filer: | |
|---|---|
| Jerrold K. Guben<br>O'Connor Playdon & Guben LLP<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br>Phone: (808) 524-8350<br>Fax: (808) 531-8628<br>E-Mail: jkg@opglaw.com |  |

| Debtor: Laser Eye Center of Hawaii LLC | Case No.: |
|---|---|
| Joint Debtor: | Chapter 11 |

## VERIFICATION OF CREDITOR MATRIX

The undersigned Debtor hereby certifies that:

1. All entities included on Schedules D, E, F, G, and H have been listed in the attached creditor matrix; and

2. The names and addresses of the entities listed in the matrix are true and correct to the best of my knowledge.

/s/ _____
Debtor  Ernes K. Oshiro
Manager/Interim Responsible Person

Dated: November 15, 2010

/s/ _____
Joint Debtor

Dated: _____